# Court of Appeals
# of the State of Georgia

ATLANTA,  September 25, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0055. ROBERT L. REHBERGER v. CHIEF JUDGE OF THE FLINT JUDICIAL CIRCUIT et al.**

Upon consideration of the application for discretionary appeal, it is ordered that it be hereby DENIED.

Applicant Robert Rehberger's motion to expedite this application is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/25/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*